IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANGELA SHEPHERD and LAUREN BETANCOURT, <br><br> Plaintiffs, <br> v. <br><br> VINTAGE PHARMACEUTICALS, LLC, <br> ENDO PHARMACEUTICALS, INC., <br> ENDO PHARMACEUTICAL HOLDINGS, INC., PATHEON PHARMACEUTICALS, INC., PATHEON PHARMACEUTICALS SERVICES, INC., <br> JOHN DOE COMPANY I, <br> JOHN DOE COMPANY II, <br> JOHN DOE COMPANY III, <br> JOHN DOE COMPANY IV, <br> JOHN DOE COMPANY V, <br> JOHN DOE COMPANY VI, <br> JOHN DOE COMPANY VII, <br><br> Defendants. <br> _____/ | CIVIL ACTION <br> FILE NO.: 1:11-CV-03805-SCJ |

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for the Plaintiffs in the above-captioned matter and that I have this day, before filing this Certificate, served a copy of <u>Plaintiffs' First Interrogatories to Defendants</u> upon the parties herein via e-mail to the

following attorneys of record:

| | |
|---|---|
| Lori G. Cohen, Esq. | Pamela J. Yates, Esq. |
| R. Clifton Merrell, Esq. | KAYE SCHOLER, LLP |
| GREENBERG TRAURIG, LLP | 1999 Avenue of the Stars, Suite 1600 |
| The Forum - Suite 400 | Los Angeles, CA 90067 |
| 3290 Northside Parkway | PYates@kayescholer.com |
| Atlanta, Georgia 30327 | |
| cohenl@gtlaw.com | |
| merrellc@gtlaw.com | |

James D. Herschlein, Esq.
Alan E. Rothman, Esq.
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022
Jherschlein@kayescholer.com
ARothman@kayescholer.com

THIS the 3rd day of  February , 2012.

                              **STEVEN L. BEARD, P.C.**

                BY:  */s/ Steven L. Beard*
                      STEVEN L. BEARD
                      Georgia State Bar No. 044475
                      Attorneys for Plaintiffs

324 Cherokee Street
Marietta, Georgia 30060
Tel: (770) 422-2642
Fax: (770) 422-8954
e-mail: steve@stevebeardpc.com

*3*

                                **ROBERTSON, BODOH**
                                **& NASRALLAH, LLP**

                          BY: */s/ Keith D. Bodoh*
                                KEITH D. BODOH
                                Georgia State Bar No. 065180
                                Attorneys for Plaintiffs

990 Cobb Parkway North
Suite 205A
Marietta, Georgia 30062-2918
Tel: (770) 424-1234 ext.12
Fax: (770) 424-2345
e-mail: bodoh@rbnlaw.com

*3*