IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANGELA SHEPHERD and LAUREN BETANCOURT,<br><br>Plaintiffs,<br>v.<br><br>VINTAGE PHARMACEUTICALS, LLC,<br>ENDO PHARMACEUTICALS, INC.,<br>ENDO PHARMACEUTICAL HOLDINGS, INC., PATHEON PHARMACEUTICALS, INC.,<br>PATHEON PHARMACEUTICALS SERVICES, INC.,<br>JOHN DOE COMPANY I,<br>JOHN DOE COMPANY II,<br>JOHN DOE COMPANY III,<br>JOHN DOE COMPANY IV,<br>JOHN DOE COMPANY V,<br>JOHN DOE COMPANY VI,<br>JOHN DOE COMPANY VII,<br><br>Defendants.<br>_____/ | CIVIL ACTION<br>FILE NO.: 1:11-CV-03805-SCJ |

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for the Plaintiffs in the above-captioned matter and that I have this day, before filing this Certificate, served a copy of <u>Plaintiff's First Request for Production of Documents and Things to Defendants</u> upon

the parties herein via e-mail to the following attorneys of record:

<div style="columns:2">

Lori G. Cohen, Esq.
R. Clifton Merrell, Esq.
GREENBERG TRAURIG, LLP
The Forum - Suite 400
3290 Northside Parkway
Atlanta, Georgia 30327
cohenl@gtlaw.com
merrellc@gtlaw.com

Pamela J. Yates, Esq.
KAYE SCHOLER, LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
PYates@kayescholer.com

</div>

James D. Herschlein, Esq.
Alan E. Rothman, Esq.
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022
Jherschlein@kayescholer.com
ARothman@kayescholer.com

THIS the 3rd day of  February , 2012.

             **STEVEN L. BEARD, P.C.**

           BY:  */s/ Steven L. Beard*
              STEVEN L. BEARD
              Georgia State Bar No. 044475
              Attorneys for Plaintiffs

324 Cherokee Street
Marietta, Georgia 30060
Tel: (770) 422-2642
Fax: (770) 422-8954
e-mail: steve@stevebeardpc.com

*3*

                                      **ROBERTSON, BODOH**
                                      **& NASRALLAH, LLP**

                            BY:  */s/ Keith D. Bodoh*
                                    KEITH D. BODOH
                                    Georgia State Bar No. 065180
                                    Attorneys for Plaintiffs

990 Cobb Parkway North
Suite 205A
Marietta, Georgia 30062-2918
Tel: (770) 424-1234 ext.12
Fax: (770) 424-2345
e-mail: bodoh@rbnlaw.com