## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LAUREN BETANCOURT and
ANGELA SHEPHERD,

      Plaintiffs,

      v.

ENDO PHARMACEUTICALS, INC.,
et. al.,

      Defendants.

CIVIL ACTION
No. 1:11-cv-03805-SCJ

## O R D E R

This matter is before the Court on its own initiative. At issue is a discovery dispute between the parties. Defendants have proposed that discovery be bifurcated in this putative class action, with discovery as to class certification conducted first followed by merit-based discovery. Plaintiffs oppose Defendants' proposal arguing that a phased discovery period would result in a duplication of effort and unnecessary expense, delay, etc. Following a teleconference regarding the dispute and a review of the parties' letters to the Court, the Court concludes as follows:

1)     Discovery in this case shall be bifurcated, wherein discovery as to class certification shall precede merit-based discovery.

2)      During the period of discovery as to class certification, Plaintiffs may also pursue discovery related to the identification of additional proper parties and discovery related to the identification of all other similar pending actions against Defendants.

3)      The parties shall adhere to the following schedule:

- The period for discovery as to class certification issues shall commence upon the entry of this order and shall close four-months thereafter.

- Plaintiffs' motion for class certification shall be filed no later than twenty days following the close of discovery as to class certification issues.

- Defendants' response to Plaintiffs' motion for class certification shall be filed no later than fourteen days following the filing of Plaintiffs' motion.

- Plaintiffs' reply in support of their motion for class certification shall be filed no later than fourteen days following Defendants' response.

- Merits-based discovery shall begin upon the entry of the Court's order on the Plaintiffs' motion for class certification.

- Merit-based discovery shall close six months after its commencement.

- Within three months following the close of merit-based discovery, the parties shall designate experts, provide Rule 26 reports, and depose experts.

- All discovery shall close nine months following the Court's order on the motion for class certification.

- Any *Daubert* motions as well as motions for summary judgment or other dispositive motions shall be filed no later than thirty days following the close of all discovery.

- In accordance with Local Rule 16.4, the parties' consolidated pretrial order shall be filed with the Court no later than thirty days following the close of discovery or the entry of the Court's ruling on any pending dispositive motions, whichever is later.

**SO ORDERED**, this *12th* day of April, 2012.

STEVE C. JONES
United States District Judge